395 A.2d 987

Kauffman Appeal.

■ Argued September 13, 1978. Steven C. Lember, with him Kenneth R. Jewell, for appellant; Joseph C. Korsak, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed; petition for reargument denied November 22, 1978.